AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moreno, Mark A. | U.S. District Court, D.S.D. | 04/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part-Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

419 Federal Building
225 South Pierre Street
Pierre SD 57501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder and President | Moreno & Bachand, P.C. |
| 2. | Director and President | Neltom Addition Civic & Recreational Association |
| 3. | Member | Ecliptic LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Moreno & Bachand, P.C. | $203,778.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Avera St. Mary's - Nurse |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock - Moreno & Bachand,P.C. | | None | J | U | | | | | |
| 2. Mutual Fund Stock (Am. Century Equity - RBC) | A | Dividend | J | T | | | | | |
| 3. Mutual Fund Stock (AMG Yackman - RBC) | B | Dividend | J | T | | | | | |
| 4. Mutual Fund Stock (Amer. Funds Fundamental Investors - RBC) | B | Dividend | K | T | | | | | |
| 5. Mutual Fund Stock (Amer. Funds Growth Fund America - RBC) | B | Dividend | K | T | | | | | |
| 6. Mutual Fund Stock (Prime Cap Odyssey - RBC) | A | Dividend | J | T | | | | | |
| 7. Mutual Fund Stock (T. Rowe Price Health Sciences - RBC) | A | Dividend | J | T | | | | | |
| 8. Mutual Fund Stock (T. Rowe Price Media & Telecommunications - RBC) | A | Dividend | J | T | | | | | |
| 9. Mutual Fund Stock (T. Rowe Price Mid-Cap Value - RBC) | A | Dividend | J | T | | | | | |
| 10. Mutual Fund Stock (T. Rowe Price New Horizons - RBC) | B | Dividend | J | T | | | | | |
| 11. Mutual Fund Stock (Vanguard Dividend Growth - RBC) | A | Dividend | J | T | | | | | |
| 12. Mutual Fund Stock (Vanguard Growth Index - RBC) | A | Dividend | K | T | | | | | |
| 13. Mutual Fund Stock (Amer. Funds Cap. World Growth & Inc. - RBC) | A | Dividend | J | T | | | | | |
| 14. Mutual Fund Stock (Dodge & Cox International - RBC) | A | Dividend | J | T | | | | | |
| 15. Mutual Fund Stock (Amer. Funds New Perspective - RBC) | A | Dividend | J | T | | | | | |
| 16. Mutual Fund Stock (Oakmark International - RBC) | A | Dividend | J | T | | | | | |
| 17. Mutual Fund Stock (Harbor Bond - RBC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moreno, Mark A.** | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Mutual Fund Stock (AMG GW&K Core Bond - RBC) | A | Dividend | J | T | | | | | |
| 19. Mutual Fund Stock (TCW Total Return Bond - RBC) | A | Dividend | J | T | | | | | |
| 20. Mutual Fund Stock (Am. Funds Cap. Inc. Bldr. - RBC) | A | Dividend | J | T | | | | | |
| 21. Mutual Fund Stock (FPA Crescent - RBC) | B | Dividend | K | T | | | | | |
| 22. Mutual Fund Stock (Janus Henderson Balanced - RBC) | A | Dividend | J | T | | | | | |
| 23. Mutual Fund Stock (Oakmark Equity & Income - RBC) | C | Dividend | K | T | | | | | |
| 24. Mutual Fund Stock (T. Rowe Price Cap. Apprec. - RBC) | B | Dividend | K | T | | | | | |
| 25. Mutual Fund Stock (T. Rowe Price Personal Strategy - RBC) | A | Dividend | J | T | | | | | |
| 26. Mutual Fund Stock (T. Rowe Price Retirement 2030 - RBC) | B | Dividend | K | T | | | | | |
| 27. Mutual Fund Stock (Vanguard Wellesley - RBC) | A | Dividend | K | T | | | | | |
| 28. Money Market Account - RBC | A | Interest | J | T | | | | | |
| 29. Retirement Plan - SD Retirement System (State of SD) | A | Interest | L | T | | | | | |
| 30. Thrift Sav. Acct. (Amer.Funds Investment Co. of Amer.) | C | Dividend | K | T | | | | | |
| 31. Retirement Plan - SD Retirement System (State of SD) | A | Interest | K | T | | | | | |
| 32. Supplemental Retirement Plan - SD Retirement System (State of SD) | A | Interest | J | T | | | | | |
| 33. Common Stock - Nuveen Real Estate Inc. & Growth (f/n/a Div. RA Inc) | A | Dividend | J | T | | | | | |
| 34. Mutual Fund Stock (Amer. Funds Fundamental Investors - Ameriprise) | D | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mutual Fund Stock (Amer. Funds Growth Fund of America - Ameriprise) | B | Dividend | K | T | | | | | |
| 36. Mutual Fund Stock (Vanguard 500 Index - Vanguard) | A | Dividend | K | T | Buy (add'l) | 12/10/19 | J | | |
| 37. Retirement Plan - Catholic Health Initiatives (Fidelity) | C | Interest | L | T | | | | | |
| 38. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 39. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 40. Mutual Fund Stock (Vanguard 500 Index - Vanguard) | A | Dividend | J | T | | | | | |
| 41. Ameriprise Money Market Accounts | A | Int./Div. | K | T | | | | | |
| 42. IRA (Columbia Seligman Communications Fund - Ameriprise) | C | Dividend | K | T | | | | | |
| 43. Roth IRA (Oakmark Equity & Income Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 44. Mutual Fund Stock (Oakmark Equity & Income - Ameriprise) | C | Dividend | K | T | | | | | |
| 45. Roth IRA (Oakmark Equity & Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 46. Mutual Fund Stock (AMG GW&K Core Bond - Ameriprise) | A | Dividend | J | T | | | | | |
| 47. Mutual Fund Stock (T. Rowe Price Mid Cap. Value - Ameriprise) | B | Dividend | K | T | | | | | |
| 48. Mutual Fund Stock (Dodge & Cox Stock - Dodge & Cox) | B | Dividend | K | T | | | | | |
| 49. Mutual Fund Stock (Dodge & Cox Balanced - Dodge & Cox) | B | Dividend | K | T | Buy (add'l) | 12/19/19 | J | | |
| 50. Mutual Fund Stock (Dodge & Cox Income - Dodge & Cox) | A | Dividend | K | T | | | | | |
| 51. Roth IRA (Dodge & Cox Stock - Dodge & Cox) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Roth IRA (Dodge & Cox Balanced - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 53. Roth IRA (Dodge & Cox Stock - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 54. Roth IRA (Dodge & Cox Balanced - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 55. Roth IRA (Columbia Seligman Communications Fund-Ameriprise) | A | Dividend | J | T | | | | | |
| 56. Common Stock - General Electric | A | Dividend | J | T | | | | | |
| 57. Common Stock - IBM | A | Dividend | J | T | | | | | |
| 58. Mutual Fund Stock (Oakmark Global - Ameriprise)) | A | Dividend | K | T | | | | | |
| 59. Mutual Fund Stock (T Rowe Price Cap. Apprec. - Ameriprise) | C | Dividend | K | T | | | | | |
| 60. Mutual Fund Stock (T Rowe Price Media & Telecom - Ameriprise) | A | Dividend | K | T | | | | | |
| 61. Mutual Fund Stock (Amer. Funds Cap. Wld Gr & Inc. - Ameriprise) | A | Dividend | J | T | | | | | |
| 62. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 63. Roth IRA (Oakmark Global - Ameriprise) | A | Dividend | J | T | | | | | |
| 64. Roth IRA (T Rowe Price Cap Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 65. Roth IRA (Harbor Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 66. Roth IRA (T Rowe Price Cap Apprec - Ameriprise) | A | Dividend | J | T | | | | | |
| 67. Common Stock - Pepsico | A | Dividend | J | T | | | | | |
| 68. Mutual Fund Stock (Dodge & Cox Intl - Dodge & Cox) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moreno, Mark A.** | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mutual Fund Stock (Vanguard Wellington - Vanguard) | B | Dividend | K | T | Buy (add'l) | 12/10/19 | J | | |
| 70. Mutual Fund Stock (TCW Total Return Bond - TCW) | A | Dividend | J | T | | | | | |
| 71. Mutual Fund Stock (Fidelity Govt. Inc. - Ameriprise) | A | Dividend | J | T | | | | | |
| 72. Mutual Fund Stock (Vanguard Intermediate-Term Treas. - Vanguard) | A | Dividend | J | T | | | | | |
| 73. Mutual Fund Stock (Harbor Bond - Ameriprise) | A | Dividend | J | T | | | | | |
| 74. Mutual Fund Stock (FPA Crescent - FPA) | A | Dividend | J | T | | | | | |
| 75. Mutual Fund Stock (Columbia Seligman Communications - Ameriprise) | D | Dividend | K | T | | | | | |
| 76. Mutual Fund Stock (Vanguard Wellesley - Vanguard) | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 77. Mutual Fund Stock (Vanguard Dividend Growth - Vanguard) | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 78. Mutual Fund Stock (Vanguard GNMA - Vanguard) | A | Dividend | J | T | | | | | |
| 79. Mutual Fund Stock (FPA Crescent - FPA) | A | Dividend | J | T | | | | | |
| 80. Roth IRA (Harbor Bond - Ameriprise) | A | Dividend | J | T | | | | | |
| 81. Roth IRA (Harbor Bond - Ameriprise) | A | Dividend | J | T | | | | | |
| 82. Common Stock - ALPS Corp. | | None | K | U | | | | | |
| 83. Roth IRA (Vanguard GNMA - Vanguard) | A | Dividend | J | T | | | | | |
| 84. Modern Woodman (Adjustable Life Insurance) | A | Interest | J | T | | | | | |
| 85. Mutual Fund Stock (AMG Yacktman - AMG) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moreno, Mark A.** | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Mutual Fund Stock (Amer. Funds New Perspective - Ameriprise) | A | Dividend | J | T | | | | | |
| 87.  Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 88.  Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 89.  Mutual Fund Stock (T. Rowe Price Health Sciences - Ameriprise) | B | Dividend | K | T | | | | | |
| 90.  Retirement Sav (403(b)) Plan - Avera) (FID Freedom 2025K - Fidelity) | D | Dividend | N | T | Buy (add'l) | Various | J | | |
| 91.  Ecliptic LLC | D | Distribution | M | U | | | | | |
| 92.  Cash Balance Retirement Plan - Avera | A | Interest | J | T | | | | | |
| 93.  Mutual Fund Stock (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 94.  Mutual Fund Stock (T. Rowe Price New Horizons - Ameriprise) | C | Dividend | J | T | | | | | |
| 95.  Mutual Fund Stock (T. Rowe Price Health Sciences - Ameriprise) | A | Dividend | J | T | | | | | |
| 96.  Mutual Fund Stock (Chartwell Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 97.  Mutual Fund Stock (Chartwell Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 98.  IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 99.  IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 100.  IRA (Chartwell Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 101.  IRA (Chartwell Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 102.  Mutual Fund Stock (Value Line Asset Allocation - Ameriprise) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Mutual Fund Stock (Vanguard Long Term Investment - Ameriprise) | A | Dividend | J | T | | | | | |
| 104. Mutual Fund Stock (Dodge & Cox Intl. - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 105. Mutual Fund Stock (AMG BW&K Core Bond - Ameriprise) | A | Dividend | J | T | | | | | |
| 106. Bank Accounts - BankWest | A | Interest | J | T | | | | | |
| 107. Bank Accounts - Wells Fargo | | None | J | T | | | | | |
| 108. Mutual Fund Stock (T. Rowe Price Blue Chip Growth - Ameriprise) | A | Dividend | J | T | | | | | |
| 109. Mutual Fund Stock (Dodge & Cox Balanced - Dodge & Cox) | B | Dividend | J | T | Buy (add'l) | 12/19/19 | J | | |
| 110. Mutual Fund Stock (Dodge & Cox Income - RBC) | A | Dividend | J | T | | | | | |
| 111. Mutual Fund Stock (Oakmark - RBC) | A | Dividend | J | T | | | | | |
| 112. Mutual Fund Stock (Mairs PWR - RBC) | A | Dividend | J | T | | | | | |
| 113. Mutual Fund Stock (Oakmark - Ameripise) | B | Dividend | J | T | | | | | |
| 114. Mutual Fund Stock (AMG. Yackman - Ameriprise | A | Dividend | J | T | | | | | |
| 115. Mutual Fund Stock (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 116. Mutual Fund Stock (Vanguard Long Term Investment - Vanguard) | A | Dividend | J | T | | | | | |
| 117. Mutual Fund (Dodge & Cox Stock - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 118. Mutual Fund Stock (T.Rowe Price Balanced - T. Rowe Price) | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 119. Mutual Fund Stock (T. Rowe Price Global Allocation - T. Rowe Price) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moreno, Mark A.** | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Mutual Fund Stock(T. Rowe Price Personal Strat. Bal'd - T. Rowe Price) | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 121. Mutual Fund Stock (T. Rowe Price Per. Strat. Income - T. Rowe Price) | A | Dividend | J | T | | | | | |
| 122. Mutual Fund Stock (T. Rowe Price Retirement 2025 - T. Rowe Price) | A | Dividend | J | T | | | | | |
| 123. Mutual Fund Stock (T. Rowe Price Retirement 2030 - T. Rowe Price) | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 124. Mutual Fund Stock (T. Rowe Price Retirement 2035 - T. Rowe Price) | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, page 1, line 1 and Part VII, page 4, line 1 - The name of the firm changed during the reporting period.

Part VII, pages 4-5, 10, lines 2-28, 110-12 - The mutual funds and money market account listed are part of the reporting individual's law firm retirement account with RBC.

Part VII, page 6, line 37 - This retirement plan -- like those mentioned on page 9, lines 90, 92 -- is owend by the reporting person's spouse. Both the plan listed on line 37 and the one referred to in line 90, are administered by Fidelity Investments. But unlike the line 90 plan, none of the assets in the plan on line 37 were invested in Fidelity products (mutual funds, ETFs, etc.). Accordingly, no itemization has been made as part of, or in connection with, the line 37 entry.

Part VII, page 9, line 90 - Funds were added to this retirement plan on a bi-monthly basis via payroll deductions (hence the use of the word "various" in Column D(2)).

Part VII, generally - The brokerage firm holding each mutual fund has been included so that commonly held funds can be differentiated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Mark A. Moreno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544